■ LOUISE GASKIN, Individually and as Administratrix of the Estate of BRIGETTE N. GASKIN, Deceased, Appellant, v ARTHUR J. FOSTER et al., Defendants, and JOSEPH A. LESZCZYNSKI et al., Respondents. [630 NYS2d 958] —Order unanimously reversed on the law without costs and motion denied in accordance with the same Memorandum as in *Kindzierski v Foster* (217 AD2d 998 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Lawton, J. P., Wesley, Davis and Boehm, JJ.

■ FB TRANSIT ROAD CORP., Respondent, v D.R.T. CONSTRUCTION COMPANY, INC., Individually and as a Partner in the ACP/DRT Partnership, Appellant, and W.R.S.B. DEVELOPMENT COMPANY, L.L.C., Intervenor-Appellant. [630 NYS2d 511] —Appeal from order insofar as it denied motion to dismiss complaint unanimously dismissed and order modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court erred in denying defendant's and intervenor's motions to vacate the notice of pendency. The instant action, seeking declaratory relief, does not directly "affect the title to, or the possession, use or enjoyment of, real property" (CPLR 6501; *see, 5303 Realty Corp. v O & Y Equity Corp.*, 64 NY2d 313). We modify the order on appeal, therefore, by granting defendant's and intervenor's motions to vacate the notice of pendency.

The court's failure to rule on that part of DRT's motion seeking dismissal of the complaint is deemed a denial (*see, Brown v U.S. Vanadium Corp.*, 198 AD2d 863, 864). Because an amended complaint has been served, DRT's appeal from the order insofar as it denied that part of DRT's motion is moot (*see, Chalasani v Neuman*, 64 NY2d 879; *City of Olean v New York State Envtl. Facilities Corp.*, 213 AD2d 1018; *Smith v Russell Sage Coll.*, 78 AD2d 913, *affd* 54 NY2d 185). (Appeals from Order of Supreme Court, Erie County, Glownia, J.—Vacate Notice of Pendency.) Present—Green, J. P., Lawton, Wesley, Davis and Boehm, JJ.

■ LINDA KRAMPEN, Individually and as Mother and Natural Guardian of AMY B. KRAMPEN, an Infant, Appellant, v ARTHUR J. FOSTER et al., Defendants, and JOSEPH A. LESZCZYNSKI et al., Respondents. [630 NYS2d 958] —Order unanimously reversed on the law without costs and motion denied in accordance with the same Memorandum as in *Kindzierski v Foster* (217 AD2d 998 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Lawton, J. P., Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CIELOCK, Appellant. [629 NYS2d 918] —Judgment unani-